IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:11-cr-246-DPM-1

OSIEL RODRIGUEZ-NAVARRETE                                             DEFENDANT

ORDER

Rodriguez-Navarrete's second *pro se* motion for a sentence reduction, № 51, is denied for the reasons set out in the Court's 14 May 2015 Order, № 49. The Court directs the Clerk to send Rodriguez-Navarrete a copy of the May Order with this one.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 July 2015